**Exhibit A to the Complaint**

**Location:** Bethesda, MD

**Total Works Infringed:** 81

**IP Address:** 108.51.97.98

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>72A1E3BF06A14C51D5B94015C5BB3C509B381699<br>File Hash:<br>3592A9D20AC5312D6034B66F17F68545754793226D2FE6F46E570F43593032E2 | 09/26/2020<br>07:34:12 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 2 | Info Hash:<br>F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D<br>File Hash:<br>656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 09/24/2020<br>22:25:44 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 3 | Info Hash:<br>E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash:<br>5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09/22/2020<br>04:17:21 | Blacked<br>Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 4 | Info Hash:<br>80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash:<br>85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 09/16/2020<br>03:06:44 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 5 | Info Hash:<br>FE14ADE82FF2485EC91596EA5FFA5176B048BE2B<br>File Hash:<br>C161AAA66AB37090297EE2D9AC234DCF2A078F7712FCFC4EBCB65E5B51942831 | 09/13/2020<br>02:19:15 | Blacked<br>Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 6 | Info Hash:<br>1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash:<br>9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 09/13/2020<br>02:03:05 | Blacked<br>Raw | 08/17/2020 | 09/05/2020 | PA0002255472 |
| 7 | Info Hash:<br>94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash:<br>8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 09/12/2020<br>22:55:56 | Blacked<br>Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 8 | Info Hash:<br>A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash:<br>4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 09/12/2020<br>22:52:50 | Blacked<br>Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash:<br>D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 09/12/2020<br>22:44:54 | Blacked<br>Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 10 | Info Hash:<br>6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash:<br>3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 09/12/2020<br>22:44:19 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 11 | Info Hash:<br>FE5B9EFC4BF17A8689721558696ED93FCC6EB9E2<br>File Hash:<br>8E0DCB59EE4296031AE1C10776D4FD542F63A966F253937709FF7D1ABCB0C5EE | 09/12/2020<br>22:11:55 | Blacked<br>Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 12 | Info Hash:<br>B630489F04C8118DAEF61613C751E2E19BBBB8C8<br>File Hash:<br>D8F5BE738C8979DC16D9A78820012F51BDCE2DF93D380204B066178E4FE736E3 | 09/08/2020<br>14:59:27 | Tushy | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 13 | Info Hash:<br>FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash:<br>3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 09/08/2020<br>14:51:05 | Blacked<br>Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 14 | Info Hash:<br>16964274EEF2DEB09294CF8A21B1AFBB9CC70842<br>File Hash:<br>E1E282B1BD1C120CD2CCB60803E8E08E14EC9C2D723967F916AA9A73308D4BF3 | 09/08/2020<br>14:47:09 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 15 | Info Hash:<br>F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880<br>File Hash:<br>73E011D3D8ED4641F35C1EAF3696D332B2E07BD9910E55AE95DE1FED1188E1C4 | 09/08/2020<br>14:46:45 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 16 | Info Hash:<br>B3D0AFF7AF8B13A26C8D737D478387C9F742628D<br>File Hash:<br>E63B988CD56CC5224BF55A7C519CE38DA6EF5E8080631F0C57231BBE7C6AAB7C | 09/08/2020<br>14:46:43 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 17 | Info Hash:<br>83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash:<br>EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 09/08/2020<br>14:45:43 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash:<br>499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 09/08/2020<br>14:36:12 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 19 | Info Hash:<br>832675DAB93182B2C5E5DA5110D4E3E0660CD182<br>File Hash:<br>50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 09/06/2020<br>22:22:26 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 20 | Info Hash:<br>62C92B416712660F3575F3789860DFDB90A1A4C2<br>File Hash:<br>4A97D5D295359476C64C4B84E5BE522E8C523ACEAA933976B7EFE235E1D252C9 | 09/06/2020<br>20:40:00 | Vixen | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 21 | Info Hash:<br>73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F<br>File Hash:<br>73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 09/06/2020<br>20:29:45 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 22 | Info Hash:<br>02313BB63706562C40AAF408F9862AC7619CDCE4<br>File Hash:<br>3E4ADDF5C66B609889F6992061B8B215A588FFC675C210D003D961B7CF317278 | 09/06/2020<br>20:26:14 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 23 | Info Hash:<br>082C43A6A41C30507682EB32F25A418C5223436D<br>File Hash:<br>525BCD317D68758E91135EEF8FC7EBE05FFE3DD5CAD10F65C4F69FBAB7D02A9C | 09/06/2020<br>19:56:05 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 24 | Info Hash:<br>35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash:<br>F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 09/06/2020<br>19:22:57 | Blacked<br>Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 25 | Info Hash:<br>81E09376DDB4DBE7806032952C003C92FD898CD4<br>File Hash:<br>E0CB089B233AA916BFE9DA1BC9EAC94412020D3AA408A6A4CFB754964E5B9D8D | 09/06/2020<br>18:46:20 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 26 | Info Hash:<br>3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash:<br>CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 09/06/2020<br>18:39:59 | Blacked<br>Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash:<br>45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash:<br>4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 09/06/2020<br>18:34:00 | Blacked<br>Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 28 | Info Hash:<br>4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash:<br>919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 08/31/2020<br>20:31:06 | Blacked<br>Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 29 | Info Hash:<br>3A7F6BEB952391561E7747B47567444D8EF99790<br>File Hash:<br>671483BB1BB98D7AE718670EA8A4939F046D3C3E1AE7C4E00510DC2E374F7A36 | 08/29/2020<br>20:08:22 | Tushy | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 30 | Info Hash:<br>C8D1E5C19A4221AC02A97002AB885906308DAC93<br>File Hash:<br>11372C0354842537CF5F6B3514DF13BD9F161F58C49B18117CB49560C3AD3309 | 08/29/2020<br>18:55:42 | Blacked<br>Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 31 | Info Hash:<br>23118C154A2FD4EBC3BD00500D2DCDEA4F2C56B1<br>File Hash:<br>3DA5CEB1E2331B505481C38046515105224F4DBBA22196663E8B26FDDBA4A8E7 | 08/29/2020<br>18:55:02 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 32 | Info Hash:<br>DAAB1603971461BD3D663620ED1313A2096BA184<br>File Hash:<br>208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 08/29/2020<br>18:48:02 | Blacked<br>Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 33 | Info Hash:<br>973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash:<br>F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08/29/2020<br>18:24:36 | Blacked<br>Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 34 | Info Hash:<br>8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 08/29/2020<br>18:24:33 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 35 | Info Hash:<br>4027AF1421AE2D9BED00B53E01979BB89ADD9B1E<br>File Hash:<br>90AB2E788BB710259D4A9DCFD9E2C65C0643D86AC847DAFA0BFED4550E27D3A6 | 08/26/2020<br>15:17:29 | Blacked<br>Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash:<br>3D053805CCD7FD3E623BC505E427299B900CCC27<br>File Hash:<br>74E4604D07BC40B6231CC7537ED8F323923AF44FDAC1EBEA201657537C33BB87 | 08/16/2020<br>21:06:30 | Blacked<br>Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 37 | Info Hash:<br>2EA738CC0BED3FB923586330F5946F8C75B594F9<br>File Hash:<br>6FD96382E85D174ACA594472338FD91C266FC7C14832847B3F21118A74994339 | 08/16/2020<br>04:16:13 | Blacked<br>Raw | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 38 | Info Hash:<br>D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5<br>File Hash:<br>877D0C18891243E33B66AA18ED479D27D8386F83F38C8FE709A1EF43D9C06E7F | 08/15/2020<br>23:53:04 | Blacked<br>Raw | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 39 | Info Hash:<br>43AF666D13FBC2B12953D257F6CA4935FC3CD7B5<br>File Hash:<br>F34A0453DC1A135DD6269A22BD1DEC952B15DB34964CB49EF25E5C0E66F57423 | 08/15/2020<br>23:22:34 | Blacked<br>Raw | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 40 | Info Hash:<br>F7D307B9B96F1FDC726A34CF01F9DC4CB94542D8<br>File Hash:<br>54D86252CB9FC5C714BA6E0271E60760D17D8956E85FB9D8EC61D2C56E6A1E8E | 08/15/2020<br>18:29:42 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 41 | Info Hash:<br>43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash:<br>FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 08/15/2020<br>17:45:40 | Blacked<br>Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 42 | Info Hash:<br>A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10<br>File Hash:<br>0DA0A02F8E265B68005EC6FD03EEAC066D55D2074C9D040A502ED891C041C01C | 08/15/2020<br>17:18:56 | Blacked<br>Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 43 | Info Hash:<br>DD13D320C0879681AFA6F7DD38CCD9A322401B15<br>File Hash:<br>C2C5F23864CB993A3B84F61357D840D411387AA38ED841974D636B320E2CF248 | 08/13/2020<br>23:45:43 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 44 | Info Hash:<br>44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash:<br>B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 08/13/2020<br>20:50:50 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash:<br>CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash:<br>71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 08/13/2020<br>20:50:49 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 46 | Info Hash:<br>16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash:<br>A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 08/13/2020<br>20:47:03 | Blacked<br>Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 47 | Info Hash:<br>1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash:<br>586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 08/13/2020<br>20:46:17 | Blacked<br>Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 48 | Info Hash:<br>AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash:<br>7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 08/13/2020<br>20:42:32 | Blacked<br>Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 49 | Info Hash:<br>B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43<br>File Hash:<br>099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 08/13/2020<br>20:32:33 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 50 | Info Hash:<br>6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash:<br>8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 08/13/2020<br>20:31:32 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 51 | Info Hash:<br>6ABA9CF9E4EBF6B07494AD041CFADF9F248F2933<br>File Hash:<br>C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 08/13/2020<br>20:27:23 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 52 | Info Hash:<br>DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash:<br>B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 08/13/2020<br>19:32:47 | Blacked<br>Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 53 | Info Hash:<br>284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash:<br>C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 08/12/2020<br>16:10:11 | Blacked<br>Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash:<br>6485D2C06BE7023990B69BE93812D5066B963ED4<br>File Hash:<br>6BD50384C2A3D1B2EB118CCD6446810BFA75029F99661CE43DE6218B26DE128D | 08/11/2020<br>20:54:43 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 55 | Info Hash:<br>7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3<br>File Hash:<br>926027C8A4F2458C26CBFD5B8F0F2C5CB249012E5DF79AA4493326F8BDF1A655 | 08/11/2020<br>19:09:18 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 56 | Info Hash:<br>958114234F010ED12787587C6B9FA13E19388CF1<br>File Hash:<br>17C933C89E74662BB0E434F950700350EFBF8409B3B5B23B799B9C7E11D2DFA7 | 08/11/2020<br>19:06:49 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 57 | Info Hash:<br>4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash:<br>6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 08/11/2020<br>18:42:03 | Blacked<br>Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 58 | Info Hash:<br>3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash:<br>08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 08/11/2020<br>18:41:40 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 59 | Info Hash:<br>549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 08/11/2020<br>16:52:13 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 60 | Info Hash:<br>FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash:<br>2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 08/09/2020<br>21:00:21 | Blacked<br>Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 61 | Info Hash:<br>2CB43429526775645D5837FE2C63CFFB1B0D2802<br>File Hash:<br>EB2B5C92F269F5EA20F2A1DBD939200B14E14F55045A50A115DD1760BBCFDE20 | 08/06/2020<br>06:14:23 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 62 | Info Hash:<br>7AA9EE0B623B3876BDBBB4854D311BA014697009<br>File Hash:<br>577DD7CC610D0E87E1C3540C9B8C3AC9468189E7F0EDCD628D3AD9AAC0E2209B | 08/06/2020<br>06:12:14 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash:<br>3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash:<br>35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 08/06/2020<br>05:56:50 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 64 | Info Hash:<br>FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash:<br>68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 08/06/2020<br>01:26:52 | Blacked<br>Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 65 | Info Hash:<br>E429ECEA3CC731EE2C160A6E4D77991FECDF8897<br>File Hash:<br>943CE63AF177C286436B0F920E4BF8839892501E7E9A9946C2E284728D74543F | 08/05/2020<br>22:15:06 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 66 | Info Hash:<br>CE6656A7C36384264CCC7DBE7DF2D42A9A040C19<br>File Hash:<br>2E6E7835710AEDB51A231F307AB3DB28B41FAC1C6952ABE6329EE7127E4E8EE0 | 08/05/2020<br>21:59:21 | Blacked<br>Raw | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 67 | Info Hash:<br>2DB957887A10E8246EF3A3DA094E8DFC20643F2F<br>File Hash:<br>F9D00CAEEB69E94196F0F3E1FFF6496D42369A28FFDCAF8572F3B1B9162FD22D | 08/02/2020<br>22:22:47 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 68 | Info Hash:<br>9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash:<br>6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 08/02/2020<br>20:54:10 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 69 | Info Hash:<br>06F79434931C13FC439AF646206E698DBF9E6913<br>File Hash:<br>54F831A3FC2037FD0A192B3EB719A6689B82A4FB1BD39A5875868492F4308E36 | 08/02/2020<br>20:16:34 | Blacked<br>Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 70 | Info Hash:<br>3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544<br>File Hash:<br>6B7F168D8CAFD64B34D20A3E69DCF9FC9E781767E03D109BC7FD8A167594AB2D | 07/29/2020<br>00:42:25 | Tushy | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 71 | Info Hash:<br>73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E<br>File Hash:<br>C88CE55D4CA442C9F66D7DA0732C0FCBEECEEBB72667F2A8722F0DE553A7990D | 07/28/2020<br>20:56:12 | Blacked<br>Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 72 | Info Hash:<br>2D0A58AC281F78D3727962D95C09C7F154AE8142<br>File Hash:<br>8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 07/28/2020<br>20:37:19 | Blacked<br>Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 73 | Info Hash:<br>435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash:<br>8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 07/28/2020<br>20:04:25 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 74 | Info Hash:<br>774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4<br>File Hash:<br>7B8624D944BEC47E9A8C32B8CB9AE8D1FBC0AF5A973F1969B4AA2275F1F454B8 | 07/28/2020<br>20:01:56 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 75 | Info Hash:<br>2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash:<br>F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 07/28/2020<br>19:57:19 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 76 | Info Hash:<br>0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash:<br>9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 07/28/2020<br>19:56:47 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 77 | Info Hash:<br>05EBD8C29118D473550899941352F12A097DDC23<br>File Hash:<br>BEAA0130023E4E46AD715FDF6EC6BECFE10D6F1EAC3BF60423DAA9EABA50788A | 07/27/2020<br>06:03:34 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 78 | Info Hash:<br>EAB3533FB381C799B59AAA64A20DF16CE3C18A18<br>File Hash:<br>8EACC9C021727EBBEF8D7686F98200CCE8C26D84CE88A7D7D44DD10C0794D8E8 | 07/27/2020<br>06:01:34 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 79 | Info Hash:<br>4FD530AFCD695ED8E130447A426E45259006C41E<br>File Hash:<br>114B28600C61805C5EA92098616217C3D72F0BC75FCAD70082F78B1C9078A3A3 | 07/27/2020<br>05:32:50 | Tushy | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 80 | Info Hash:<br>9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790<br>File Hash:<br>CA8843DC14DBC4CFFB2D7BCA9970DACE3D7D26DC624B5F1FAAA70E2FD66D2B99 | 07/27/2020<br>05:07:17 | Blacked<br>Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 81 | Info Hash:<br>FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash:<br>B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 07/27/2020<br>04:16:43 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |