UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:20-cv-02945-TDC |
| v. | ) |
| JOHN DOE subscriber assigned IP address 108.51.97.98, | ) |
| Defendant. | ) |

### ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's ex-*parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until May 4, 2021 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 15 day of January, 2021.



By: _____
United States District Judge
Honorable Theodore D. Chuang