**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>108.51.97.98, )<br>)<br>    Defendant. )<br>_____ ) | Civil Case No. 8:20-cv-02945-TDC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 108.51.97.98, are voluntarily dismissed with prejudice.

Dated: January 25, 2021                              Respectfully submitted,

                                                                                                                                              By: */s/ Elsy Ramos Velasquez*
                                                                                                                                              Elsy Ramos Velasquez, Esq.
                                                                                                                                              eramosvelasquez@clarkhill.com
                                                                                                                                              Clark Hill PLC
                                                                                                                                              1001 Pennsylvania Ave NW
                                                                                                                                              Suite 1300 South
                                                                                                                                              Washington, DC 20004
                                                                                                                                              Tel.: 202-552-2357
                                                                                                                                              Fax: 202-552-2381
                                                                                                                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Elsy Ramos Velasquez*
Elsy Ramos Velasquez, Esq.
