## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

STRIKE 3 HOLDINGS, LLC,

     Plaintiff,

     v.

JOHN DOE,
*Subscriber assigned IP address 108.51.97.98,*

     Defendant.

Civil Action No. TDC-20-2945

## ORDER

On January 25, 2021, the parties filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 12.  The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date:  January 25, 2021

                                     /s/ *Theodore D. Chuang*
                                   THEODORE D. CHUANG
                                   United States District Judge